CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748
Email: savith.iyengar@usdoj.gov

Attorneys for the United States of America

RECEIVED

Feb 27 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BETTY CORDAWAY,<br><br>　　　　Plaintiff-Relator,<br><br>　　v.<br><br>YOUNG KANG,<br><br>　　　　Defendant. | CASE NO. 3:25-CV-11122-LJC<br>*SEALED*<br><br>**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; [~~PROPOSED~~] ORDER TO UNSEAL**<br><br><span style="color:red">GRANTED AS MODIFIED</span><br><br>**<u>FILED UNDER SEAL</u>** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America respectfully notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows Relator Betty Cordaway ("Relator") to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723–25 (9th Cir. 1994). Therefore, the United States respectfully requests that, should either Relator or the defendant propose that this action

be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the United States' counsel. Accordingly, the undersigned will file a notice of appearance for the purpose of receiving ECF notifications of filings in this case. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of Relator's action or claim. *See* 31 U.S.C. §§ 3730(c)(2), (3). The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that all documents in this case be unsealed.

A proposed order accompanies this notice.

Dated: February 27, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

By:  */s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney

Attorneys for the United States

UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER
No. 3:25-CV-11122-LJC                    2

# [PROPOSED] ORDER TO UNSEAL

The United States of America having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED THAT:

1.    The complaint be unsealed and served upon the defendant by Relator no later than June 1, 2026.

2.    All other contents of the Court's file in this action shall be unsealed, including this order and the United States' notice of election to decline intervention, which Relator will serve upon the defendant only after service of the complaint.

3.    The seal shall be lifted as to all matters occurring in this action after the date of this order.

4.    The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

5.    The parties shall serve all notices of appeal upon the United States.

6.    All orders of this Court shall be sent to the United States.

7.    Should Relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

8. The initial case management conference is continued to July 30, 2026 at 1:30 PM via Zoom. The parties shall file a joint case management statement no later than July 23, 2026.

IT IS SO ORDERED.

Dated: March 3, 2026

_____
HON. LISA J. CISNEROS
United States Magistrate Judge