Todd Espinosa (SBN 209591)
Law Office of Todd Espinosa
2000 Broadway Street
Redwood City, California 94063
650-241-3873 telephone
tie@toddespinosalaw.com
*Attorney for Plaintiff-Relator Betty Cordaway*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. BETTY CORDAWAY,<br><br>         Plaintiff,<br><br>v.<br><br>YOUNG KANG, individually and as trustee of the Young Kang 2023 Living Trust, dated February 1, 2023,<br><br>         Defendant. | Case No. 3:25-cv-11122-LJC<br><br>**ORDER GRANTING MOTION TO CHANGE TIME RE INITIAL CASE DATES**<br><br>Date:  n/a<br>Time:  n/a<br>Before:  Hon. Lisa J. Cisneros |

U.S.A. ex rel. CORDAWAY v. KANG, Case No. 3:25-cv-11122-LJC
ORDER GRANTING MOTION TO CHANGE TIME

For good cause shown, the motion of Plaintiff-Relator Betty Cordaway to change time in the above-captioned action is GRANTED.

The March 12, 2026 and March 26, 2026 deadlines set in the Court's Order Setting Initial Case Management Conference and ADR Deadlines are EXTENDED to May 14, 2026 and May 28, 2026, respectively.

The initial case management conference currently set for April 2, 2026 at 1:30 p.m. is RESET for June 4, 2026 at 1:30 p.m.

IT IS SO ORDERED.

March 11, 2026
_____
Date

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge

U.S.A. ex rel. CORDAWAY v. KANG, Case No. 3:25-cv-11122-LJC
[PROPOSED] ORDER GRANTING MOTION TO CHANGE TIME                    Page 1