Todd Espinosa (SBN 209591)
Law Office of Todd Espinosa
2000 Broadway Street
Redwood City, California 94063
650-241-3873 telephone
tie@toddespinosalaw.com

*Attorney for Plaintiff-Relator Betty Cordaway*

Therese Y. Cannata (SBN 88032)
Vincent C. Lee (SBN 310313)
Cannata, O'Toole & Olson LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904
tcannata@cofolaw.com
vlee@cofolaw.com

*Attorneys for Defendant Young Kang*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. BETTY CORDAWAY,<br><br>     Plaintiff,<br><br>v.<br><br>YOUNG KANG, individually and as trustee of the Young Kang 2023 Living Trust, dated February 1, 2023,<br><br>     Defendant. | Case No. 3:25-cv-11122-LJC<br><br>**STIPULATION REGARDING JUNE 16, 2026 ORDER ON MOTION TO STRIKE AFFIRMATIVE DEFENSES AND ORDER**<br><br>Date:  n/a<br>Time:  n/a<br>Before:  Hon. Lisa J. Cisneros |

U.S.A. ex rel. CORDAWAY v. KANG, Case No. 3:25-cv-11122-LJC
STIPULATION REGARDING JUNE 16, 2026 ORDER AND ORDER

Pursuant to Civil Local Rule 7-12, Plaintiff-Relator Betty Cordaway ("Relator") and Defendant Young Kang ("Defendant") respectfully submit this stipulation and proposed order regarding this Court's June 16, 2026 order on Relator's motion to strike Defendant's affirmative defenses, in light of the parties' upcoming settlement conference.

On June 16, 2026, this Court summarily denied Relator's motion to strike the affirmative defenses asserted in Defendant's initial answer without prejudice and directed counsel for the parties to confer regarding the affirmative defenses that Defendant will actually pursue in this case and potential prejudice to Relator. *See* Dkt. No. 22. This Court set June 30, 2026 as the deadline for counsel to confer regarding these matters. *See id.*

On June 26, 2026, in response to a request made by the parties in their initial joint case management statement, this case was referred to a settlement conference before Magistrate Judge Ajay S. Krishnan. *See* Dkt. No. 26. The parties are attempting early resolution of this case and have proposed September 11, 2026 as the deadline for their settlement conference.

In its June 26, 2026 settlement conference reference order, this Court also continued the upcoming July 2, 2026 initial case management conference to October 15, 2026. *See id.* If this case does not settle, the parties will file a further joint case management statement by October 8, 2026, which will address scheduling and other matters.

On June 29, 2026, counsel for the parties held an initial conference by Zoom regarding affirmative defenses in accordance with this Court's June 16, 2026 order. In light of the upcoming settlement conference and in an effort to conserve time and resources, the parties seek this Court's leave to defer further discussions regarding affirmative defenses, prejudice to Relator and a potential renewed motion to strike, in hopes that a resolution of the case will be reached that would obviate the need for further pleading and motion practice.

Based on the foregoing, the parties STIPULATE as follows and respectfully request that this Court issue the proposed order set forth below:

In their October 8, 2026 further case management statement, the parties shall propose dates by which: (i) their counsel shall conclude their conference regarding the matters specified in this Court's June 16, 2026 order; (ii) Defendant may file an amended answer; and (iii) Relator may file a motion to strike.

Respectfully submitted,

Date:  July 1, 2026                          /s/ Todd Espinosa
                                             Todd Espinosa
                                             *Attorney for Plaintiff-Relator Betty Cordaway*

Date:  July 1, 2026                          /s/ Therese Y. Cannata
                                             Therese Y. Cannata
                                             Vincent C. Lee
                                             Cannata, O'Toole & Olson LLP
                                             *Attorneys for Defendant Young Kang*

**Civ. L.R. 5-1 Attestation** — I attest that the signatories to this document have concurred in its filing.        /s/ Todd Espinosa

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  July 2, 2026                          _____
                                             Hon. Lisa J. Cisneros
                                             United States Magistrate Judge

U.S.A. ex rel. CORDAWAY v. KANG, Case No. 3:25-cv-11122-LJC
STIPULATION REGARDING JUNE 16, 2026 ORDER AND ORDER       Page 2